# Exhibit A

# VANTAGE MICRO LLC

717 North Union Street, Suite 9
Wilmington, Delaware 19805
United States of America

May 9, 2019

**VIA FEDERAL EXPRESS**

Jean Marc Chery
President and CEO
STMicroelectronics International N.V.
WTC Schiphol Airport,
Schiphol Boulevard 265,
1118 BH Luchthaven
Schiphol, Amsterdam, The Netherlands

Steven Rose
President and Legal Counsel
STMicroelectronics, Inc.
750 Canyon Drive, Suite 300
Coppell Texas 75019

**RE:** *Offer to License Patents Related to Processor Products*

Dear Sir or Madam:

Vantage Micro LLC ("Vantage Micro") holds all rights in a significant patent portfolio related to processor technology. Exhibit A, attached hereto, is a list of United States patent assets included in this portfolio.

STMicroelectronics International N.V. and STMicroelectronics, Inc. (collectively "STMicroelectronics") manufacture, sell, and/or distribute products, including products that use or incorporate an ARM-based CCI-500 cache controller, an ARM-based DMC-500 memory controller, LPDDR Memory, and a combination of one or more ARM-core processor(s) (including 64-bit ARM processors). Specifically, STMicroelectronics manufactures, sells, and/or distributes the STR91xF, NovaThor U8500/U9500/U9600, SPEAr1310, STM32 Fx products ("STMicroelectronics Products").

Vantage Micro's portfolio includes U.S. Patent No. 6,678,838. This Patent is attached hereto as Exhibit B and applies to one or more of the STMicroelectronics Products.

In light of STMicroelectronics's sales related to the STMicroelectronics Products, STMicroelectronics may also wish to have your patent counsel examine the patents listed in Exhibit A to determine whether a non-exclusive license is needed as to those patents as well.

May 9, 2019
Page **2** of **2**

Should STMicroelectronics have interest in a non-exclusive license to Vantage Micro's portfolio, please contact us to discuss licensing terms.

Sincerely yours,

*Ed Gomez*

Edward Gomez, Esq.
edgomez@me.com
(914) 424-2778

Attachments:
Exhibit A: United States Patent Assets included in Vantage Micro's portfolio
Exhibit B: U.S. Patent U.S. Patent No. 6678838.

## ASSIGNMENT OF PATENT RIGHTS

For good and valuable consideration, the receipt of which is hereby acknowledged, Fullbrite Capital Partners, a Michigan limited liability company ("**Assignor**"), does hereby assign, transfer and convey unto Vantage Micro LLC, a Delaware limited liability company ("**Assignee**"), all of Assignor's entire right, title and interest in and to all patents and patent applications listed in the attached Exhibit 1 (collectively "**Patent Rights**"). Assignor and Assignee acknowledge that some of the Patent Rights may be currently expired or abandoned.

In addition, Assignor agrees to, and hereby does, sell, assign, transfer and convey unto Assignee all rights: (i) in and to causes of action and enforcement rights for the Patent Rights including all rights to pursue damages, injunctive relief, and other remedies for past, present, and future infringement of the Patent Rights: (ii) the right to apply (or continue prosecution) in any and all countries of the world for patents, design patents, utility models, certificates of invention or other governmental grants for the Patent Rights, including under the Paris Convention for the Protection of Industrial Property, the International Patent Cooperation Treaty, or any other convention, treaty, agreement or understanding; and (iii) the rights, if any, to revive prosecution of any abandoned Patent Rights.

Assignor also hereby authorizes the respective patent office or governmental agency in each jurisdiction to issue any and all patents or certificates of invention or equivalent that may be granted upon any of the Patent Rights in the name of Assignee as the assignee to the entire interest therein.

The terms and conditions of this Assignment shall inure to the benefit of Assignee, its successor and other legal representatives, and shall be binding upon Assignor, its successor, assigns, and other legal representatives.

IN WITNESS WHEREOF, this Assignment of Patent Rights is executed at 375 White Plains Road, Eastchester, on May 8, , 2019.
NY

**Fullbrite Capital Partners, LLC**

By: Ed Gomez
Name: Ed Gomez
Title: General Counsel
(Signature must be notarized)

EILISH REILLY KELLY
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RE6375950
Qualified in West Chester County,
My Commission Expires May 29, 20__22

Sworn Before me, Eilish Reilly Kelly

Notary Public at 375 White Plains Road Eastchester
New York
10709

Date: 5/8/19

Exhibit 1

to

Assignment of Patent Rights

| Patent or Application Number |
| --- |
| US6469703 |
| US9959593 |
| US9734549 |
| US8924617 |
| US7543101 |
| US6678838 |
| US6694492 |
| US6259637 |
| AU3277802 |
| CN1478282 |
| EP1352396 |
| JP2004515031 |
| KR20040011440 |
| TW533423 |
| US7414606 |